# AARON, DAUTCH, STERNBERG & LAWSON, LLP
COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

HOWARD AARON (1892-1952)
CHARLES DAUTCH (1898-1979)
LOUIS STERNBERG (1908-1996)

#11091837
$3.77
mem
5/24/11

May 23, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re: (Case Name) Robert A. Mecca & Jenny M. Mecca / Case #09-13970-MJK
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $3.77. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: American Infosource Lp, as Agent for Target  Amount $ 3.77  Claims Register # 4

Trustee Name: William E. Lawson


